CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00066-RFB-EJY |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| ELIAS CORDERO-PEREZ,<br>    aka "Elias Perez Cordero,"<br>    aka "Elias Perez Perez,"<br>    aka "Stanly Kenji Perez," | |
| Defendant. | |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about February 4, 2021, a Complaint was filed with the Court, charging Mr. Cordero-Perez with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. *See* ECF No. 1, 2:21-mj-00129-DJA.

1    2.   Mr. Cordero-Perez made an initial appearance before the Court on or about

2  February 9, 2021, and was ordered detained pending trial. *Id*. at ECF Nos. 4, 12. Mr.

3  Cordero-Perez remains detained by the U.S. Marshals Service.

4    3.   Mr. Cordero-Perez has signed a plea agreement with the United States, and this

5  Court has set a change of plea hearing for April 15, 2021. This case was not sealed when it

6  was before the Magistrate Court, but when set before this Court, it was designated as

7  sealed.

8    4.   Therefore, the United States moves this Court to unseal the above-captioned case, in

9  that keeping it sealed is not necessary.

10        **DATED** this 3rd day of March, 2021.

11                                                CHRISTOPHER CHIOU
                                                  Acting United States Attorney
12

13                                                   */s/ Jared L. Grimmer*
                                                  JARED L. GRIMMER
14                                                Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

1

2                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
3

4    UNITED STATES OF AMERICA,              Case No. 2:21-cr-00066-RFB-EJY

5              Plaintiff,                    **Order Unsealing Case**

6          v.

7    ELIAS CORDERO-PEREZ,
        aka "Elias Perez Cordero,"
8       aka "Elias Perez Perez,"
        aka "Stanly Kenji Perez,"
9
               Defendant.
10

11

12         Upon consideration and review of the Government's motion:

13         IT IS HEREBY ORDERED that the above-captioned matter, *United States of America*

14   *v. Elias Cordero-Perez,* is unsealed.

15         **DATED** this __4th__ day of March, 2021.

16                                          By the Court:

17
                                            _____
18                                          Honorable Richard F. Boulware, II
                                            United States District Judge
19

20

21

22

23

24

                                   3