RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Elias Cordero-Perez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ELIAS CORDERO-PEREZ,<br><br>            Defendant. | Case No. 2:21-cr-00066-RFB-EJY<br><br>**STIPULATION TO ADVANCE CHANGE OF PLEA AND SENTENCING HEARINGS**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Elias Cordero-Perez, that the Change of Plea and Sentencing Hearings currently scheduled on April 15, 2021, be advanced to March 11, 2021, at 2:00 p.m.

This Stipulation is entered into for the following reasons:

1.     Parties have entered into a plea agreement that includes a joint recommendation for a sentence of time served.

2.     The presentence investigation report has been completed and reviewed by Mr. Cordero-Perez who did not identify any needed changes.

3. Defendant is incarcerated and does not object to the advancement of the hearings.

4. The parties agree to advancing the hearings.

This is the first request to advance the hearings.

DATED this 8th day of March, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By */s/ Jared Grimmer*<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELIAS CORDERO-PEREZ,<br><br>    Defendant. | Case No. 2:21-cr-00066-RFB-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Change of Plea and Sentencing Hearings currently scheduled for April 15, 2021, at the hour of 11:00 a.m., be advanced to March 11, 2021, at the hour of 2:00 p.m.

DATED this  8th  day of March, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3